DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TERRY NIDA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0394

————————————————

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher M. LaBruzzo, Judge.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.